MOTION GRANTED. Based on this filing, the Motion for Default (Docket No. 14) is DENIED.

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JANE DOE, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>WESTERN EXPRESS, INC., )<br>)<br>      Defendant. ) | No. 3:25-cv-01153 |

## MOTION FOR LEAVE TO FILE ANSWER

COMES NOW, the Defendant, Western Express, Inc. ("Western"), by and through counsel, and files this Motion for leave to file an Answer after expiration of the original 21-day response deadline.

Western was originally served on October 16, 2025, via process server. Although the registered agent was not available for service at that time, present counsel for Western instructed a member of Western's staff to accept service, avoiding the need for additional attempts by the process server. Through inadvertent error, the summons and complaint were not subsequently given to counsel and the response deadline has since passed.

After conferring with counsel for Plaintiff, there is no objection to this Motion.

Respectfully submitted,

/s/Rachel K. Speller
Rachel K. Speller, BPR No. 029258
rspeller@westernexp.com
7135 Centennial Place,
Nashville, Tennessee 37209
Telephone: (615) 259-9920

***Attorney for Defendant***

# CERTIFICATE OF SERVICE

This the 5th day of December, 2025.

I hereby certify that the foregoing document was filed with the Federal Court of the Middle District of Tennessee by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

**HB ADVOCATES PLLC**

Hayley Hanna Baker
TN Bar No. 37439
1831 12th Ave. S. #325
Nashville, Tennessee 37203
Email: hbaker@hb-advocates.com
Phone: (615) 505-3260

**MAHONEY LAW FIRM, LLC**

Ryan J. Mahoney
IL Bar No. 6290113 (*pro hac vice*)
Leigh M. Perica
IL Bar No. 6316856 (*pro hac vice*)
2220 S. State Route 157, Suite 250
Glen Carbon, IL 62034
Email: ryan@themahoneylawfirm.com
　　　　leigh@themahoneylawfirm.com
Phone: (618)961-8287

*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　/s/Rachel K. Speller
　　　　　　　　　　　　　　　　　　Rachel K. Speller, BPR No. 029258
　　　　　　　　　　　　　　　　　　rspeller@westernexp.com
　　　　　　　　　　　　　　　　　　7135 Centennial Place,
　　　　　　　　　　　　　　　　　　Nashville, Tennessee 37209
　　　　　　　　　　　　　　　　　　Telephone: (615) 259-9920

　　　　　　　　　　　　　　　　　　*Attorney for Defendant*