IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE,<br>    Plaintiff,<br><br>v.<br><br>WESTERN EXPRESS, INC.,<br>    Defendant. | Civil Action No. 3:25-cv-1153<br>Judge Crenshaw/ Judge Frensley<br>Jury Demand |

## ORDER

Pending before the Court is the Plaintiff's Motion And Memorandum In Support Of Motion For Protective Order To Proceed Pseudonymously. Docket No. 7. The Plaintiff submits that "[d]ue to the sensitive nature of the allegations, and the potential psychological harm to Jane Doe if she is subjective to public identification, Plaintiff filed this action under the pseudonym of Jane Doe." Id. at p. 1. Plaintiff asserts that her privacy interests as a alleged victim of sexual assault substantially outweigh the presumption of open judicial proceedings. Id. The Defendant has filed a response to the motion acknowledging that while anonymity of Plaintiffs in generally not favored in federal courts, it does not oppose the Plaintiff's motion at this time given the nature of the allegations contained in the Complaint. Docket No. 24. The Defendant notes that in the event proceeding pseudonymously were to hinder Defendant's ability to defend against the allegation it would seek relief at a later junction. Id.

## LAW AND ANALYSIS

### A.    Request to Proceed Under a Pseudonym

### 1.    The *Porter* Factors

The Federal Rules of Civil Procedure require that federal lawsuits state the names of the

parties. Fed. R. Civ. P. 10(a), 17(a)(1). In exceptional cases, the court may grant an order allowing a plaintiff to proceed under a pseudonym. To obtain such an order, a plaintiff must show that her "privacy interests substantially outweigh the presumption of open judicial proceedings." *Doe v. Porter*, 370 F. 3d 558, 560 (6th Cir. 2004).

In *Doe v. Porter*, the Sixth Circuit identified a non-exhaustive list of factors (which the parties refer to as the "*Porter* factors") that courts may consider in determining whether "special circumstances" exist to justify an exception to the rule, including:

> (1) whether the plaintiffs seeking anonymity are suing to challenge governmental activity; (2) whether prosecution of the suit will compel the plaintiffs to disclose information of the utmost intimacy; (3) whether the litigation compels plaintiffs to disclose an intention to violate the law, thereby risking criminal prosecution; and (4) whether the plaintiffs are children.

*Id.* (citing *Doe v. Stegall*, 653 F.2d 180, 185–86 (5th Cir. 1981) (internal quotation marks omitted)). The court may exercise its discretion to consider other factors that may be relevant in a particular case, keeping in mind that the applicable standard is whether "a plaintiff's privacy interests substantially outweigh the presumption of open judicial proceedings." *Id.* Other factors that may be considered include whether the plaintiff would risk suffering injury if identified and whether the defendant would be prejudiced by the plaintiff's proceeding anonymously. *See, e.g.*, *Plaintiff v. Wayne State Univ.*, No. 20–cv–11718, 2021 U.S. Dist. LEXIS 12675, 2021 WL 243155, at *7 (E.D. Mich. Jan. 25, 2021); *Doe v. City of Detroit*, No. 18–cv–11295, 2018 U.S. Dist. LEXIS 118787, 2018 WL 3434345, at *1 (E.D. Mich. Jul. 17, 2018).

**B.     The Case at Bar**

The Complaint in this matter alleges severe sexual assault and rape of Jane Doe at her place of employment by a fellow employee. Giving due consideration to the recognized factors regarding proceeding by pseudonym, the Court finds that they weigh in favor of granting the

Plaintiff's motion. Additionally, in light of the allegations in the Complaint. The Defendant does not oppose the motion. Docket No. 24.

### III. CONCLUSION

For the reasons set forth herein, the Court finds compelling reasons to protect Ms. Doe's identity at this stage of the proceedings. Therefore, Plaintiff's motion to proceed pseudonymously (Docket No. 7) is **GRANTED**, and she may proceed in this action under the pseudonym Jane Doe.

**IT IS SO ORDERED.**

*[signature]*

**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**